# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC S. BOWKER,** : | **CIVIL ACTION NO. 1:05-CV-0942** |
| : | |
| **Plaintiff** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **DOCTOR VANESSA THOMAS, et al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 8th day of August, 2005, upon consideration of defendants' motion for substitution of a party (Doc. 11) and motion for judgment on the pleadings or for summary judgment (Doc. 10), and it appearing that briefs in support of the motions (Docs. 10, 11) were filed respectively on June 20, 2005, and July 6, 2005, but that plaintiff has not filed a brief in opposition to either motion as of the date of this order, see L.R. 7.6 ("Any respondent who fails to [file a responsive brief . . . within fifteen (15) days after service of the movant's brief] shall be deemed not to oppose such motion."), is it hereby ORDERED that plaintiff shall file briefs in opposition to the motions (Docs. 10, 11) on or before August 22, 2005.  Failure to comply with this order shall result in the granting of the motions (Docs. 10, 11) and dismissal of the above-captioned case.  See FED. R. CIV. P. 41(b).

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge