# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC S. BOWKER,** | : | **CIVIL ACTION NO. 1:05-CV-0942** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **DOCTOR VANESSA THOMAS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of August, 2005, upon consideration of plaintiff's motion for an enlargement of time (Doc. 19) in which to file briefs in opposition to defendants' motion for substitution of a party (Doc. 11) and motion for judgment on the pleadings or for summary judgment (Doc. 10), it is hereby ORDERED that the motion (Doc. 19) is GRANTED as follows:

1. Plaintiff shall file briefs in opposition to the motions (Docs. 10, 11) on or before September 15, 2005.

2. Failure to comply with this order shall result in the granting of the motions (Docs. 10, 11) and dismissal of the above-captioned case. See FED. R. CIV. P. 41(b).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge