# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC S. BOWKER, | : | CIVIL ACTION NO. 1:05-CV-0942 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| DOCTOR VANESSA THOMAS, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 21st day of October, 2005, upon consideration of the order of court (Doc. 25) directing plaintiff to file briefs in opposition to the motion for judgment on the pleadings or for summary judgment (Doc. 10) and motion for substitution of a party (Doc. 11) by October 17, 2005, see L.R. 7.6; FED. R. CIV. P. 41(b), and it appearing that, as of the date of this order, plaintiff has not filed briefs in opposition, it is hereby ORDERED that plaintiff shall, on before October 28, 2005, file a response showing cause why the above-captioned action should not be dismissed for failure to prosecute. See FED. R. CIV. P. 41(b); see also Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge